

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 25 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: HAN YONG KIM. | No. 13-72727 |
| HAN YONG KIM, | D.C. No. 8:09-cr-00077-JVS-6 Central District of California, Santa Ana |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA, | |
| Respondent, | |
| UNITED STATES OF AMERICA, | |
| Real Party in Interest. | |



RECEIVED
CLERK, U.S. DISTRICT COURT
10/25/13
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MAT___ DEPUTY

Before: THOMAS, McKEOWN, and RAWLINSON, Circuit Judges.

    This petition for a writ of mandamus raises issues that warrant a response. *See* Fed. R. App. P. 21(b).  Accordingly, within 14 days after the date of this order, the real party in interest shall file a response.

    The district court, within 14 days after the date of this order, may file a response if it so desires.  Petitioner may file a reply within 5 days after service of

SLJ/MOATT

the response(s).  The petition, response(s) and any reply shall be referred to the next available motions panel.

SLJ/MOATT